DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>     v.<br><br>ROBERTO E. STEVEN, an individual, *et al.,*<br><br>           Defendants. | Case No. 2:15-cv-01128-RCJ-CWH |

**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**
(First Request)

    IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff and Federal Defendant Secretary of the Department of Housing and Urban Development, by and through their undersigned attorneys, that the Federal Defendant will have until October 5, 2015, to answer and or otherwise respond to Plaintiffs' Complaint (ECF No. 1-1).

1. The Complaint in this action raises novel issues relating to the operation of a large and complex federal program. The Federal Defendant's response implicates factual and policy issues requiring input from various operational units within the Department of Housing and Urban Development that will be affected by this action. The Federal Defendant is diligently working to determine an appropriate response to the Complaint, but has been unable to do it within the normal time allowed for an answer. Accordingly, the Parties stipulate and request an extension of time for the Federal Defendant to answer.

Respectfully submitted this 18th day of September 2015.

| Roger P. Croteau & Associates, Ltd. | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Timothy E. Rhoda*<br>ROGER P. CROTEAU<br>TIMOTHY E. RHODA<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>croteaulaw@croteaulaw.com | */s/ Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 18, 2015