ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>   Plaintiff,<br><br>vs.<br><br>ROBERTO E. STEVEN, a individual; WELLS FARGO BANK NA, a National Banking Association; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; GEORGE COOPER, an individual; MARIE COOPER, an individual; SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, a federal governmental agency; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; US BANK NATIONAL ASSOCIATION, a National Banking Association; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>   Defendants. | Case No.   2:15-cv-1128-RCJ-CWH |

**STIPULATION AND ORDER TO DISMISS AS TO DEFENDANT, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ONLY**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and Defendant, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (*"HUD"*), by and through their undersigned counsel, and hereby stipulate and

Page 1 of 3

1901 Fan Fare

agree as follows:

1. The instant action was filed by the Plaintiff to recover title and possession of real property commonly known as 1901 Fan Fare Drive, Las Vegas, Nevada 89032, Assessor Parcel No. 139-09-216-007 (*"the "Property"*).

2. On December 1, 2015, HUD filed a Disclaimer of Interest herein [Doc. #25] disclaiming any and all interest in the Property.

3. Based upon the foregoing, the instant action shall be dismissed in its entirety as it relates to HUD only.

4. HUD shall be bound by any judgment of this Court relating to the rights and title of the various remaining parties in and to the Property.

5. HUD shall retain all rights and claims that it may possess against any party to this action.

6. Each party shall bear its own costs and fees.

Dated this   1st   day of December, 2015.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | UNITED STATES ATTORNEY |
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Plaintiff* <br> **LAS VEGAS DEVELOPMENT GROUP, LLC** | /s/ *Troy K. Flake* <br> TROY K. FLAKE, ESQ. <br> Assistant U.S. Attorney <br> 333 Las Vegas Blvd So., Ste. 5000 <br> Las Vegas, NV 89101- <br> 702-388-6336 <br> 702-388-6787 (fax) <br> troy.flake@usdoj.gov <br> *Attorney for Defendant* <br> **SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** |

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

DATED: This 3rd day of December, 2015.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___1ST___ day of December, 2015, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO DISMISS AS TO DEFENDANT, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ONLY** to the following parties:

Terry A. Moore
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
tmoore@marquisaurbach.com
*Attorney for Defendants*
*Evergreen Moneysource Mortgage*
*Company and Roberto E. Steven*

Ryan A. Loosvelt
Holland & Hart
9555 Hillwood Dr.
2nd Floor
Las Vegas, NV 89134
702-669-4600
702-6694650 (fax)
raloosvelt@hollandhart.com
*Attorney for Defendant*
*US Bank National Association*

Troy K. Flake
United States Attorney
333 Las Vegas Blvd So., Ste. 5000
Las Vegas, NV 89101-
702-388-6336
702-388-6787 (fax)
troy.flake@usdoj.gov
*Attorney for Defendant*
*Secretary of the Department of*
*Housing and Urban Development*

Gregory L Wilde
Tiffany & Bosco P.A.
212 South Jones Blvd.
Las Vegas, NV 89107
(702) 258-8200
(702) 258-8787 (fax)
efilenv@tblaw.com
*Attorney for Defendant*
*National Default Servicing Corporation*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

1901 Fan Fare