ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ROBERTO E. STEVEN, a individual; WELLS FARGO BANK NA, a National Banking Association; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; GEORGE COOPER, an individual; MARIE COOPER, an individual; SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, a federal governmental agency; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; US BANK NATIONAL ASSOCIATION, a National Banking Association; DOE individuals I through XX; and ROE CORPORATIONS I through XX, )<br><br>Defendants. ) | Case No.   2:15-cv-1128-RCJ-CWH |

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO MOTION TO DIMISS**
**(First Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and Defendant,

WELLS FARGO BANK, N.A. and , by and through their undersigned counsel, and hereby

stipulate and agree as follows:

1901 Fan Fare

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1. On February 5, 2016, Defendant, Wells Fargo Bank, N.A., filed a Motion to Dismiss herein [Doc. #36].

2. On February 10, 2016, Defendants, Roberto E. Steven and Evergreen Moneysource Mortgage Corporation, filed a Joinder to Wells Fargo Bank, N.A.'s Motion to Dismiss [Doc. #39].

3. Plaintiff's counsel has requested an extension of time in which to respond to the Motion due to numerous other pending personal and work related matters.

4. Plaintiff shall have an extension of time until March 7, 2016, in which to respond to the Defendants' Motions to Dismiss and Joinders thereto.  Defendants shall have until March 21, 2016, in which to file Replies.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this _____22nd_____ day of February, 2016.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

SNELL & WILMER LLP

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
**Attorney for Plaintiff**
**LAS VEGAS DEVELOPMENT GROUP,**
**LLC**

/s/ *Justin A. Shiroff*
JUSTIN A. SHIROFF, ESQ.
Nevada Bar No. 12869
3883 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
702-784-5200
jshiroff@swlaw.com
**Attorney for Defendant**
**WELLS FARGO BANK, N.A.**

MARQUIS AURBACH COFFING

/s/ *Terry A. Moore*
TERRY A. MOORE, ESQ.
Nevada Bar No. 7831
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
tmoore@marquisaurbach.com
**Attorney for Defendants**
**ROBERTO E. STEVEN AND**
**EVERGREEN MONEYSOURCE**
**MORTGAGE COMPANY**

1901 Fan Fare

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order to Extend Time 2/22/16
2:15-cv-1128-RCJ-CWH

**IT IS SO ORDERED.**

By: _____
       Judge, U.S. District Court

Dated: _____February 24, 2016_____

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

Page 3 of 4

1901 Fan Fare

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____22nd____ day of February, 2016, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (First Request)** to the following parties:

Terry A. Moore
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
tmoore@marquisaurbach.com
***Attorney for Defendants***
***Evergreen Moneysource Mortgage***
***Company and Roberto E. Steven***

Troy K. Flake
United States Attorney
333 Las Vegas Blvd So., Ste. 5000
Las Vegas, NV 89101-
702-388-6336
702-388-6787 (fax)
troy.flake@usdoj.gov
***Attorney for Defendant***
***Secretary of the Department of***
***Housing and Urban Development***

Ryan A. Loosvelt
Holland & Hart
9555 Hillwood Dr.
2nd Floor
Las Vegas, NV 89134
702-669-4600
702-6694650 (fax)
raloosvelt@hollandhart.com
***Attorney for Defendant***
***US Bank National Association***

Gregory L Wilde
Tiffany & Bosco P.A.
212 South Jones Blvd.
Las Vegas, NV 89107
(702) 258-8200
(702) 258-8787 (fax)
efilenv@tblaw.com
***Attorney for Defendant***
***National Default Servicing Corporation***

Richard Gordon
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
702-784-5200
702-784-5252 (fax)
rgordon@swlaw.com
***Attorney for Defendant***
***Wells Fargo Bank, N.A.***

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU &
ASSOCIATES, LTD.

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1901 Fan Fare