AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

LAS VEGAS DEVELOPMENT GROUP, LLC,

      Plaintiff,

V.

ROBERTO E. STEVEN, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **2:15-cv-01128-RCJ-CWH**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (ECF No. 79) is GRANTED in its entirety without leave to amend, and, this dismissal also disposes of the third-party complaints, cross-claims, and counterclaims filed by Defendant Steven. (ECF Nos. 57, 62.). Judgment is hereby entered against Plaintiff Las Vegas Development Group, LLC.

  December 6, 2016                              **LANCE S. WILSON**
                                                        Clerk

                                                    /s/ D. R. Morgan
                                                     Deputy Clerk